**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**

IN RE:

CASES OF BRIEN NELSON,

)
)
)
)

*Filed in U.S. Bankruptcy Court*
*Northern District of Georgia*
*Vania S. Allen, Clerk*

AUG 2 1 2023

By: L. Davis
Deputy Clerk

**NOTICE OF REQUEST FOR TERMINATION OF BRIEN NELSON IN APPLICABLE CASES**

Please take notice that BRIEN NELSON is no longer employed at Burrow and Associates and hereby requests the Clerk to terminate his representation in the list hereto attached as Exhibit A.

Please take further notice that MICHAEL BURROW and/or DARRELL BURROW of Burrow & Associates, LLC are listed as the attorney of record on all the attached cases and will continue their representation.

This 18th day of August, 2023.

Respectfully Submitted by,
BURROW & ASSOCIATES, LLC

*Brien Nelson*

Brien S. Nelson
Attorney for the Debtor
Georgia Bar No. 530422
2280 Satellite Blvd.
Bldg. A, Suite 100
Duluth, Georgia 30097
(678) 942-8640
bankruptcy@legalatlanta.com

# EXHBIT A

| Case No. | Debtor | Chapter | Date |
|---|---|---|---|
| 17-53045-sms | Kelvin Deshaun Marshall | 13 | 2/17/2017 |
| 18-41866-bem | Jeremy Israel Cabrera | 13 | 8/9/2018 |
| 18-50088-sms | Houston Joseph Kelly and Vanessa Kelly | 13 | 1/2/2018 |
| 18-52663-wlh | Alvin Baldwin | 13 | 2/16/2018 |
| 18-54474-lrc | Wanda Denise Lett | 13 | 3/15/2018 |
| 18-60691-lrc | Karma Tanise McCord | 13 | 6/27/2018 |
| 18-62441-lrc | Sherron Denise Alexander Jackson | 13 | 7/27/2018 |
| 18-62922-lrc | Anthony Arthur Yeboah | 13 | 8/3/2018 |
| 18-64518-sms | David Sheu Suleman, Jr. | 13 | 8/30/2018 |
| 18-65094-jwc | Kenneth Wane Allen | 13 | 9/7/2018 |
| 18-65406-jrs | Felicia Elaine Thomas | 13 | 9/13/2018 |
| 18-65786-pmb | Tou Chee Yang | 13 | 9/20/2018 |
| 18-66013-jwc | Robert Nicholas Browne | 13 | 9/25/2018 |
| 18-66892-lrc | Thomaysa Bernice Stinson | 13 | 10/5/2018 |
| 18-67405-bem | Amber Jewel Price | 13 | 10/16/2018 |
| 18-68292-pwb | Tuwanna Lynet Daniels Ekpe | 13 | 11/1/2018 |
| 18-68301-sms | Stephen Paul Wittmann, Jr. and Kimberly Ann Wittmann | 13 | 11/1/2018 |
| 18-68304-jwc | Deborah Jean Ramey | 13 | 11/1/2018 |
| 18-70110-wlh | Ruben Vargas and Sandra Vargas | 13 | 12/1/2018 |
| 19-21649-jrs | Carol Ann Evans | 13 | 8/16/2019 |
| 19-21886-jrs | Annie Mae Jackson | 13 | 9/24/2019 |
| 19-40464-bem | Layla Sky Veley | 13 | 3/2/2019 |
| 19-40755-pwb | Stephen Dwayne Mayes and Belinda Esquivel Mayes | 13 | 3/30/2019 |
| 19-50017-lrc | Sheila Ann Hicks | 13 | 1/1/2019 |
| 19-50295-jwc | Mario Orlando Hill | 13 | 1/7/2019 |
| 19-51089-jwc | Melissa Jane Jerkins | 13 | 1/21/2019 |
| 19-51199-wlh | Arlene Antoinette O'brien-Mitchell | 13 | 1/23/2019 |

| Case Number | Debtor(s) | Chapter | Filed |
|---|---|---|---|
| 19-51803-wlh | Marion Denton Cain and Martha Irene Cain | 13 | 2/2/2019 |
| 19-52253-sms | Rudelle Winnette Stewart | 13 | 2/8/2019 |
| 19-52287-wlh | Darren D Wittmann and Loletha Wittmann | 13 | 2/8/2019 |
| 19-53681-sms | Scott Oliver Payne and Erica Michaelle McCoy Payne | 13 | 3/5/2019 |
| 19-54845-bem | Carlton Daniel Merritt and Autumn Cynthia Merritt | 13 | 3/27/2019 |
| 19-54873-sms | Tina Williams Matthews | 13 | 3/28/2019 |
| 19-54916-pmb | Andrea Leigh Borman | 7 | 3/28/2019 |
| 19-55251-wlh | Robert Lamar Reeves | 13 | 4/1/2019 |
| 19-55255-jwc | Michele Beth Moret | 13 | 4/1/2019 |
| 19-56563-jwc | Carrie Mae French | 13 | 4/29/2019 |
| 19-57049-lrc | James Franklin Moss | 13 | 5/6/2019 |
| 19-57686-jwc | Angela Jeanette Hill | 7 | 5/16/2019 |
| 19-58447-jwc | Michael Brian Green | 13 | 5/31/2019 |
| 19-59067-jrs | Salimah Rasheed Bryant | 13 | 6/10/2019 |
| 19-59180-sms | Jamie Sherman, Jr. and Helen Jones Sherman | 13 | 6/12/2019 |
| 19-59192-wlh | Lauren Michele Davis | 13 | 6/12/2019 |
| 19-59451-jwc | Danny Sylvester Vick | 13 | 6/18/2019 |
| 19-59719-lrc | Carol Denise Hall | 13 | 6/24/2019 |
| 19-60625-pmb | Vivian Bernan Frazier | 13 | 7/8/2019 |
| 19-62055-sms | Steven Powell and Natasha Terrell Powell | 13 | 8/3/2019 |
| 19-62460-jwc | Michael Jerald Smith, Jr. | 13 | 8/7/2019 |
| 19-62669-bem | Bernice Gaines | 13 | 8/12/2019 |
| 19-63630-lrc | Mary Catherine Thompson | 13 | 8/29/2019 |

| Case Number | Debtor(s) | Chapter | Date |
|---|---|---|---|
| 19-63642-lrc | Wiley Darron Kendrick and Kate Nobis Kendrick | 13 | 8/29/2019 |
| 19-63834-lrc | William Arthur Campbell and Karen Denise Campbell | 13 | 8/31/2019 |
| 19-63856-jwc | Debra Vonita Taylor | 13 | 9/1/2019 |
| 19-64129-jwc | Vanessa Jane Bonen | 13 | 9/5/2019 |
| 19-64142-lrc | Scott Lamar Hardeman | 13 | 9/6/2019 |
| 19-64659-pmb | Renee Covington | 13 | 9/14/2019 |
| 19-65062-jrs | Machel Marcus Messias | 13 | 9/23/2019 |
| 19-65159-lrc | Joseph Lee Bell | 13 | 9/24/2019 |
| 19-65366-bem | Faye Doris Williams | 13 | 9/27/2019 |
| 19-65656-jwc | Courtney Reid | 13 | 10/1/2019 |
| 19-65912-pmb | Debra Annette Nailing | 7 | 10/4/2019 |
| 19-66208-lrc | Joan Eileen Gibbs | 13 | 10/9/2019 |
| 19-66402-lrc | Joseph Masai Male | 13 | 10/14/2019 |
| 19-67010-sms | Bolice Alan Fernety | 13 | 10/24/2019 |
| 19-67515-sms | Helen Jean Brown | 13 | 11/1/2019 |
| 19-67882-pmb | Carla Yvette Grimes | 13 | 11/5/2019 |
| 19-67931-jwc | Michael Alan Ledford | 13 | 11/6/2019 |
| 19-68459-jwc | Lakeshia Rochelle Jackson | 13 | 11/15/2019 |
| 19-68734-jrs | David Holmes | 13 | 11/21/2019 |
| 19-69658-sms | Joseph Puhl | 13 | 12/6/2019 |
| 19-70534-wlh | Amin Malick Davis | 13 | 12/27/2019 |
| 19-70624-jwc | Antonio Vincenzo Phillippo | 13 | 12/30/2019 |
| 20-11675-lrc | Brandi Nicole Brown | 13 | 12/28/2020 |
| 20-20121-jrs | Lisa Michelle Myers | 13 | 1/22/2020 |
| 20-21341-jrs | Xavier D'vaughn Dobey and Karis Alisia Dobey | 13 | 10/2/2020 |
| 20-21475-jrs | Yuriy Andreevich Kirilov | 13 | 10/30/2020 |
| 20-21530-jrs | James Michael Thomas and Fannie Marie Thomas | 13 | 11/13/2020 |
| 20-21660-jrs | Zoila Rebollar | 13 | 12/18/2020 |
| 20-41679-pwb | Marcia Joanna Martinez | 13 | 10/31/2020 |
| 20-60888-jrs | Sherri Frances McDivitt | 13 | 1/15/2020 |

| Case Number | Debtor Name | Chapter | Date |
|---|---|---|---|
| 20-61544-lrc | Mark DuBoise | 13 | 1/28/2020 |
| 20-61667-jrs | Helen Wuraola James | 13 | 1/29/2020 |
| 20-61881-pwb | Joshua Terrell Brown | 13 | 2/1/2020 |
| 20-62193-wlh | Arthur Prince, Jr. | 13 | 2/4/2020 |
| 20-62650-bem | Lesia Wilson Oglesby | 13 | 2/12/2020 |
| 20-63007-sms | Laurence Wilson | 13 | 2/19/2020 |
| 20-63026-wlh | Linda Gail Ward-Glass | 13 | 2/20/2020 |
| 20-63132-lrc | Jamie Kwon Chai | 13 | 2/21/2020 |
| 20-63362-pmb | Julia Griggs | 13 | 2/26/2020 |
| 20-63671-sms | Ebony Lanee Scott | 13 | 3/2/2020 |
| 20-63753-bem | Shennay Lakecia Paul | 13 | 3/2/2020 |
| 20-63985-pmb | Crystal Tamara Anderson | 13 | 3/4/2020 |
| 20-64026-jwc | Ricky Dwayne Walker and Pamela Denise Walker | 13 | 3/4/2020 |
| 20-64104-pmb | Yves Mynicka Wilkerson | 13 | 3/6/2020 |
| 20-64169-lrc | Lamont Stembridge | 13 | 3/6/2020 |
| 20-64416-pwb | Sonya Patrice Robinson | 13 | 3/11/2020 |
| 20-64494-jwc | Rita Harrison Bailey | 13 | 3/13/2020 |
| 20-64906-lrc | James Edward Morgan, Jr. | 13 | 3/23/2020 |
| 20-65193-lrc | Claire Rene Cherimond | 13 | 4/1/2020 |
| 20-65194-pmb | Maya Yasmeen Boykin | 13 | 4/1/2020 |
| 20-65220-jwc | Steve George Thompson and Tamika Shanqua Thompson | 13 | 4/1/2020 |
| 20-65226-jwc | Jeremiah James Roberson and Heidi Lyn Roberson | 13 | 4/1/2020 |
| 20-65268-pmb | Natia Latrice Tookes | 13 | 4/3/2020 |
| 20-65515-pmb | Marcella Maria Bardouille | 13 | 4/13/2020 |
| 20-65790-jrs | Anton Leslie Buzick and Tangela Marie Buzick | 13 | 4/23/2020 |
| 20-65995-jwc | Lillie Laverne Green | 13 | 5/1/2020 |

| Case | Debtor | Chapter | Date |
|---|---|---|---|
| 20-66044-bem | Cecil Frederick Cunningham, Jr. and Hyacinth Josephine Cunningham | 13 | 5/2/2020 |
| 20-66238-sms | Cassandra Penni Lofton | 13 | 5/8/2020 |
| 20-66419-jwc | John Briggs Holcombe and Marie Fuenkay Holcombe | 13 | 5/15/2020 |
| 20-68612-sms | Anita Lynne Murray | 13 | 7/31/2020 |
| 20-68660-wlh | Mae Renia Pearson | 13 | 8/3/2020 |
| 20-69147-bem | Maxine Whitaker | 13 | 8/20/2020 |
| 20-69287-lrc | Roosevelt Bonds | 13 | 8/25/2020 |
| 20-69603-wlh | Suporion DeAndre Williams | 13 | 9/3/2020 |
| 20-69991-bem | Timothy Scott Autry | 13 | 9/18/2020 |
| 20-70416-jwc | Pamela Eulon Bass | 13 | 10/3/2020 |
| 20-70566-lrc | Larry Gene Britton, Jr. | 13 | 10/7/2020 |
| 20-72014-pwb | Nelson DeJesus-Santos | 13 | 11/24/2020 |
| 20-72073-pwb | Vinisha Lashun Robinson | 13 | 11/25/2020 |
| 20-72225-pmb | Angel Marie Johnson | 13 | 12/1/2020 |
| 20-72269-pwb | Stephanie Sierra Finnie | 13 | 12/2/2020 |
| 20-72386-pwb | Kevin Andre Richardson | 13 | 12/7/2020 |
| 20-72506-pmb | Steven Kim Lewis | 13 | 12/10/2020 |
| 20-72533-sms | Selene Marie Diggs | 13 | 12/10/2020 |
| 20-72932-wlh | Wendy Barbara Skeete | 13 | 12/23/2020 |
| 20-73104-pmb | Darrell Laiyne Seabrook | 13 | 12/31/2020 |
| 20-73108-pmb | David Jean Pierre Verbist | 13 | 12/31/2020 |
| 20-73113-pmb | Elvira Plingau | 13 | 12/31/2020 |
| 21-10103-lrc | Crystal Cooper Thomas | 13 | 1/28/2021 |
| 21-11153-lrc | Kimberly Lea East | 13 | 12/16/2021 |
| 21-20230-jrs | Maria Kathalina Jimenez | 13 | 3/4/2021 |
| 21-20511-jrs | Charles Homer Hall and Tammy Jo Hall | 13 | 5/10/2021 |
| 21-20593-jrs | Richard Gene Schwanke | 13 | 5/28/2021 |

| Case No. | Debtor | Ch. | Date |
|---|---|---|---|
| 21-20958-jrs | Emilee Brianne Leech | 13 | 9/7/2021 |
| 21-21151-jrs | Tracy Simone Gresham | 13 | 11/8/2021 |
| 21-21201-jrs | Morris Ivan Gresham | 13 | 11/19/2021 |
| 21-40215-pwb | Frankie Jean Tatum | 13 | 2/24/2021 |
| 21-40416-pwb | Luvada Warren | 13 | 4/6/2021 |
| 21-50270-pwb | Leslie Togbah Morris and Pinky Janet Morris | 13 | 1/12/2021 |
| 21-50423-sms | Dana Lynette McGrown | 13 | 1/18/2021 |
| 21-50958-bem | Hung Tan Nguyen | 13 | 2/3/2021 |
| 21-51207-jwc | Sonya Davette Streater | 13 | 2/12/2021 |
| 21-51252-jwc | Thomas Brian Draper | 13 | 2/15/2021 |
| 21-51611-jwc | Venna Linette Long | 13 | 2/26/2021 |
| 21-52420-jrs | Jamey Marie Daniels | 13 | 3/24/2021 |
| 21-52444-pmb | Adriane Diana Usher | 13 | 3/25/2021 |
| 21-52832-bem | Carl Anthony Hinds | 13 | 4/7/2021 |
| 21-53020-pmb | Helen Lanita McGill | 13 | 4/15/2021 |
| 21-53667-jrs | Zoraida Socorro Henao | 13 | 5/10/2021 |
| 21-53792-sms | Faye Chawneice Leite | 13 | 5/15/2021 |
| 21-53854-pmb | Arlene Durrah | 13 | 5/18/2021 |
| 21-54113-bem | Gayla Denise Cohen | 13 | 5/28/2021 |
| 21-54153-pmb | Heather Alexis Short | 13 | 5/28/2021 |
| 21-54253-jrs | Frank Gadson, Jr. | 13 | 6/2/2021 |
| 21-54669-sms | Fern Suzanne Harding | 13 | 6/21/2021 |
| 21-54702-sms | Lester Jerome Shaw | 13 | 6/21/2021 |
| 21-54765-pmb | Tonya Rena Lyles | 13 | 6/23/2021 |
| 21-54933-sms | Allen Vanorge Johnson | 13 | 6/30/2021 |
| 21-55124-pmb | Mirna Patricia McKee | 13 | 7/8/2021 |
| 21-55560-wlh | Cathy Shontey George | 13 | 7/27/2021 |
| 21-55601-pmb | Byron Floyd Cheatham and Kimberly White-Cheatham | 13 | 7/28/2021 |
| 21-55970-jrs | Regina Michelle Abukar | 13 | 8/11/2021 |
| 21-56246-sms | Donna Marie Linden | 13 | 8/20/2021 |

| Case | Debtor | Chapter | Date |
|---|---|---|---|
| 21-56545-lrc | Vincent Thomas | 13 | 9/1/2021 |
| 21-56992-lrc | Loise Deonbrey Whitehead | 13 | 9/20/2021 |
| 21-58012-sms | Weston Douglas Mayer, Jr. | 13 | 10/27/2021 |
| 21-58034-wlh | LeAnne Stodghill | 13 | 10/28/2021 |
| 21-58784-pmb | Harry Lee Edmondson | 13 | 11/24/2021 |
| 21-58946-pwb | Gerald Bedri Sherman, | 13 | 12/2/2021 |
| 21-58981-jwc | Terry Alvis Mark | 13 | 12/3/2021 |
| 21-59046-jrs | Lia Martine Bostic Golston | 13 | 12/6/2021 |
| 21-59052-bem | Pagie Thomas | 13 | 12/6/2021 |
| 21-59086-sms | Kenny James Holmes | 13 | 12/6/2021 |
| 22-10350-lrc | Dannah Paige Lewis-Livingston | 13 | 4/1/2022 |
| 22-11175-lrc | Cheryl Stanley Plowden | 13 | 10/24/2022 |
| 22-20151-jrs | Judith Ione Gillihan | 13 | 2/21/2022 |
| 22-20168-jrs | Victoria Nunez | 13 | 2/28/2022 |
| 22-20256-jrs | James Alexander Martinez | 13 | 3/28/2022 |
| 22-20537-jrs | Cecil David Garrett and Tina Lewis Garrett | 13 | 6/15/2022 |
| 22-20564-jrs | Arthur Truett Robertson, III and Stacey Ann Robertson | 13 | 6/23/2022 |
| 22-20708-jrs | John Matthew Posey | 13 | 8/1/2022 |
| 22-20756-jrs | Julissa Escamilla | 13 | 8/5/2022 |
| 22-20786-jrs | Brian Keith Davis, Jr. | 13 | 8/17/2022 |
| 22-20950-jrs | Allison Kay Tench | 13 | 9/22/2022 |
| 22-20959-jrs | Casie Leanne Herbst | 13 | 9/26/2022 |
| 22-20977-jrs | Jonathan Allen Reker | 13 | 9/29/2022 |
| 22-20998-jrs | Lepeka Naula, Jr. | 13 | 10/3/2022 |
| 22-21094-jrs | Christopher Ping | 13 | 10/26/2022 |
| 22-21133-jrs | John Henry Tucker | 13 | 11/3/2022 |
| 22-40357-bem | Robert Wayne Espy and Nora Edith Espy | 13 | 3/23/2022 |
| 22-40587-pwb | Robert Clayton Zachery | 13 | 5/11/2022 |

| | | | |
|---|---|---|---|
| 22-40898-pwb | James Christopher Coker | 13 | 8/1/2022 |
| 22-41331-pwb | LaToya Tione Barrow | 13 | 10/27/2022 |
| 22-50005-jwc | Teresa Ann Lord | 13 | 1/3/2022 |
| 22-50008-bem | Rudolph Godfrey Gayle | 13 | 1/3/2022 |
| 22-50026-sms | Vera Henie Jackson | 13 | 1/3/2022 |
| 22-50121-pmb | Anthony Michael Davis | 13 | 1/5/2022 |
| 22-50755-jrs | Rosemary Torry Fifer | 13 | 1/28/2022 |
| 22-51482-jrs | Wade Hampton Price | 13 | 2/24/2022 |
| 22-51854-jwc | Velma Suzannah Brice | 13 | 3/8/2022 |
| 22-52269-jrs | William Literrian Cray | 13 | 3/22/2022 |
| 22-52407-pmb | Tammy Marie Waggner | 13 | 3/28/2022 |
| 22-52521-sms | Helga Cynara White | 13 | 4/1/2022 |
| 22-52633-sms | Melissa Dae Lewis | 13 | 4/4/2022 |
| 22-53288-wlh | Nelson Paul Armour | 13 | 4/29/2022 |
| 22-53304-pwb | Sherrie Athenia Stephens | 13 | 4/29/2022 |
| 22-53708-sms | Cynthia Ann Pollard | 13 | 5/14/2022 |
| 22-54096-sms | Debbie Jeanise Phillips | 13 | 5/31/2022 |
| 22-54213-pmb | Michael Raymond Crace | 13 | 6/3/2022 |
| 22-54234-jwc | Marshall Ramsey and Betty Jean Ramsey | 13 | 6/3/2022 |
| 22-54322-jwc | Jerry Robert Smith and Corine Phyllis Smith | 13 | 6/7/2022 |
| 22-54408-wlh | Anthony Keith Pressley | 13 | 6/9/2022 |
| 22-54591-pmb | Kenyatta Maddox Wade | 13 | 6/18/2022 |
| 22-54862-jwc | Kiara Shaunice Knight | 13 | 6/30/2022 |
| 22-54913-bem | Hazel Jessica Jordan | 13 | 6/30/2022 |
| 22-54918-jwc | Eddie Lewis Driskell, Jr. | 13 | 6/30/2022 |
| 22-55307-bem | Drake Ashley Stewart | 13 | 7/13/2022 |

| Case | Debtor | Chapter | Date |
|---|---|---|---|
| 22-55691-jwc | Victor Edward Stewart and Dorinda Lee Stewart | 13 | 7/27/2022 |
| 22-55822-jrs | Jack Bernard Rothstein | 13 | 7/30/2022 |
| 22-55951-wlh | Beatrice Livingston | 13 | 8/2/2022 |
| 22-55958-sms | Ofilya Shermille Dukes | 13 | 8/2/2022 |
| 22-56000-pwb | Heather Michelle Ragsdale | 13 | 8/3/2022 |
| 22-56109-jwc | Shirley J Stevenson | 13 | 8/5/2022 |
| 22-56195-jwc | Matthew J Downing and Krista Kay Downing | 13 | 8/9/2022 |
| 22-56205-jrs | Charles Karl Walden | 13 | 8/10/2022 |
| 22-56416-sms | Tabitha Louise Robinson | 13 | 8/17/2022 |
| 22-56462-pwb | Steven Frazier | 7 | 8/18/2022 |
| 22-56568-bem | James Leon McCrary | 13 | 8/23/2022 |
| 22-56757-wlh | Jamarveya Dianne Bazzell | 13 | 8/29/2022 |
| 22-56934-bem | Stafford H Whitlock | 13 | 9/2/2022 |
| 22-57134-jrs | Khadija York | 13 | 9/7/2022 |
| 22-57496-bem | Beatrice Njeri Thuo | 13 | 9/21/2022 |
| 22-57733-jrs | Angela Chantelle Kennedy | 13 | 9/28/2022 |
| 22-57867-sms | Marco Antonio Eguez Ribera and Veronica Vasquez Ortiz | 13 | 10/3/2022 |
| 22-57973-pwb | Joyce Elizabeth Cofer | 13 | 10/4/2022 |
| 22-58042-sms | Keith Daniel King | 13 | 10/6/2022 |
| 22-58095-pmb | Shenae Espinal | 13 | 10/7/2022 |
| 22-58351-jwc | R. L. Barber | 13 | 10/18/2022 |
| 22-58576-pmb | Katrinka Ann Rankins | 13 | 10/25/2022 |
| 22-58692-pwb | Carol Ann Parker | 13 | 10/28/2022 |
| 22-58934-sms | Juanita Thelma Barrett | 13 | 11/3/2022 |
| 22-58976-jrs | Pamela Jean Bolling | 13 | 11/4/2022 |
| 22-59028-wlh | Nicholas Glenn Manning | 13 | 11/7/2022 |
| 22-59098-pmb | Derrick Vonnetaine Hunter | 13 | 11/9/2022 |

| | | | |
|---|---|---|---|
| 22-59202-jwc | William Sellers Reed, Jr. and Charitie Tristan Reed | 13 | 11/11/2022 |
| 22-59206-jwc | Kimberly Rene Love | 13 | 11/11/2022 |
| 22-59408-jwc | Amber Cassandra Dozier | 13 | 11/18/2022 |
| 22-59783-jwc | Chandra Danette Jamison | 13 | 12/2/2022 |
| 22-59812-sms | Shirley Louise Gresham | 13 | 12/3/2022 |
| 22-59834-jwc | Carolyn Davis, | 13 | 12/5/2022 |
| 22-59891-sms | Brandy Yvonne Stukes | 13 | 12/5/2022 |
| 22-60216-jrs | Jay Anthony LaVigne | 13 | 12/15/2022 |
| 22-60221-jrs | Jordan Jamaal Reed | 13 | 12/15/2022 |
| 22-60529-jwc | Milton Venier Simpson | 13 | 12/28/2022 |
| 22-60531-pmb | Steve Edward Green and Mary Louise Stewart | 13 | 12/28/2022 |
| 22-60573-wlh | Seborise Dukes | 13 | 12/29/2022 |
| 23-10050-lrc | Yiesha Shawntrell Jones | 13 | 1/16/2023 |
| 23-10139-lrc | Sharon Denise Miley | 13 | 2/6/2023 |
| 23-10593-lrc | Shannon Gerod Thompson | 13 | 5/23/2023 |
| 23-10735-pmb | Kinyada Vashun Murphy | 7 | 6/22/2023 |
| 23-20066-jrs | Linda Mae Ravan | 13 | 1/23/2023 |
| 23-20143-jrs | Telma Menezes Kunstek | 13 | 2/9/2023 |
| 23-20167-jrs | Dwayne Jennings Wilson and Kathy Elaine Wilson | 13 | 2/13/2023 |
| 23-20246-jrs | Harden James, III | 13 | 3/2/2023 |
| 23-20299-jrs | Garriet Dean Wilson | 13 | 3/10/2023 |
| 23-20418-jrs | Latundria Laiz | 13 | 4/12/2023 |
| 23-20429-jrs | Jawanza Kwmane Smith | 13 | 4/14/2023 |
| 23-20472-jrs | Dusty Edward Baker | 13 | 4/26/2023 |
| 23-20484-jrs | Marvin Anthony Belmo | 13 | 5/1/2023 |
| 23-20516-jrs | Alejandro Gerardo Gomez and Ana Paula Gomez | 13 | 5/5/2023 |

| | | | |
|---|---|---|---|
| 23-20562-jrs | Bartholomew Francis Prato, Jr. | 7 | 5/18/2023 |
| 23-20697-jrs | Katherine Elaine Janes-Brown | 13 | 6/20/2023 |
| 23-20776-jrs | Sherly Celestin | 13 | 7/14/2023 |
| 23-40160-pwb | Anna Marie Duvall | 13 | 2/6/2023 |
| 23-40903-pwb | Sammuel Lee Lewis, Jr. | 7 | 6/22/2023 |
| 23-50003-lrc | Kimberly Titilayo Henry | 13 | 1/2/2023 |
| 23-50025-wlh | Verdis Yudon Houston | 13 | 1/2/2023 |
| 23-50034-jrs | Leslie Robinette Robinson | 13 | 1/2/2023 |
| 23-50464-sms | Annette Denise Antwine | 13 | 1/17/2023 |
| 23-50476-TJ23 | Aristoteles Marcello Roso Borges | 13 | 1/17/2023 |
| 23-50571-jwc | Renee Yvette Griffin | 13 | 1/19/2023 |
| 23-50593-pmb | Sarah Jean Soucy | 13 | 1/20/2023 |
| 23-50659-sms | Karen Elizabeth Klaus | 13 | 1/24/2023 |
| 23-50979-TJ23 | Jannita Hall Hightower | 13 | 2/1/2023 |
| 23-50983-wlh | Sharon Williams Tarpley | 13 | 2/1/2023 |
| 23-51013-jwc | Shuaib Mahmud | 13 | 2/1/2023 |
| 23-51065-pmb | Jonathan Ray Jones | 13 | 2/3/2023 |
| 23-51071-pwb | Joshua Coca Mendez | 13 | 2/3/2023 |
| 23-51147-sms | Claudia Denise Manning | 13 | 2/6/2023 |
| 23-51288-TJ23 | Evelyn Hawk Stanley | 13 | 2/7/2023 |
| 23-51328-sms | David Jonas Gwyn and Toshanna Mae Gwyn | 13 | 2/8/2023 |
| 23-51399-pmb | Victoria Nichole Nelson | 13 | 2/10/2023 |
| 23-51460-wlh | Anthony Richard Fields | 13 | 2/13/2023 |
| 23-51664-wlh | Jaime Cepeda | 13 | 2/21/2023 |
| 23-51785-pwb | Evin Mignon Manley | 13 | 2/23/2023 |
| 23-51967-jrs | Edwin Cubi | 13 | 3/1/2023 |
| 23-51976-pmb | Carolyn Michelle Perry | 13 | 3/1/2023 |
| 23-51993-pmb | Sylvia Ann Allen | 13 | 3/1/2023 |

| Case Number | Debtor | Chapter | Date |
|---|---|---|---|
| 23-52019-pmb | LaCyra Tashawn Chambers | 13 | 3/2/2023 |
| 23-52130-pmb | Damien Deonte Hand | 13 | 3/6/2023 |
| 23-52167-wlh | George Edward Kiser | 13 | 3/6/2023 |
| 23-52252-jwc | Kenneth James Johnson and Patricia Ann Johnson | 13 | 3/7/2023 |
| 23-52256-pmb | Beth Gordon Graves | 13 | 3/7/2023 |
| 23-52310-pmb | Norman Jordan, Jr. and Brenda Elaine Jordan | 13 | 3/9/2023 |
| 23-52713-pmb | Special Yvette Gober | 13 | 3/22/2023 |
| 23-52912-sms | Alpheus Alleyne Jones, Jr. | 13 | 3/28/2023 |
| 23-52967-pmb | Jason Eric Breyo and Leah Richards Breyo | 13 | 3/29/2023 |
| 23-53132-lrc | Wesley Williams Shirley | 13 | 4/3/2023 |
| 23-54042-sms | Patrick Adrian Mack and Peggy Ann Mack | 13 | 5/1/2023 |
| 23-54052-sms | William Anthony Cominos, Jr. | 13 | 5/1/2023 |
| 23-54138-jrs | Tina Shields | 13 | 5/2/2023 |
| 23-54373-wlh | Donald Hubert Pittman | 13 | 5/9/2023 |
| 23-54643-TJ23 | Sonia Ann Gentles | 13 | 5/17/2023 |
| 23-54709-bem | Millicent Warner Hutchins | 13 | 5/19/2023 |
| 23-54878-wlh | Darnell Andre Warren | 7 | 5/25/2023 |
| 23-54928-jrs | Derwinique Shavontiece Brown | 13 | 5/26/2023 |
| 23-54944-pmb | Jame' Latoyia Daye | 7 | 5/26/2023 |
| 23-55190-jwc | Jelani Aisha Richardson | 13 | 6/5/2023 |
| 23-55235-sms | Wensday Renae Castleberry | 7 | 6/5/2023 |
| 23-55711-jwc | Twanna Johnson | 7 | 6/16/2023 |
| 23-55919-sms | Lee Eric Kemp and Laura Gibson O'Neal-Kemp | 13 | 6/23/2023 |
| 23-55920-wlh | Jarvis Tramayne Walker | 7 | 6/23/2023 |

| | | | |
|---|---|---|---|
| 23-55927-jwc | Crystal Mary-Kacara Edwards | 7 | 6/23/2023 |
| 23-56113-pmb | Tiffany Lyle Blake | 13 | 6/29/2023 |
| 23-56218-jwc | Stanley Jerome Martin | 13 | 7/1/2023 |
| 23-56397-sms | David Allen Doyal | 13 | 7/6/2023 |
| 23-56437-lrc | Andrea Arena Saulters | 7 | 7/7/2023 |
| 23-56464-wlh | Eion Lamont Dollerson | 13 | 7/10/2023 |